Submitted on appellant's brief September 11, affirmed
September 21, 1972

STATE OF OREGON, *Respondent, v.* JAMES
WESLEY SEVERSON (No. 7491), *Appellant.*

500 P2d 1215

Gary D. Babcock, Public Defender, and J. Marvin
Kuhn, Deputy Public Defender, Salem, for appellant.

No appearance for respondent.

Before SCHWAB, Chief Judge, and FOLEY and
THORNTON, Judges.

AFFIRMED. *State v. Blocher,* 10 Or App 357, 499 P2d
1346, Sup Ct *review denied* (1972).

PER CURIAM.